UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

LEON MILLER III, on behalf of himself and others similarly situated,

                                 Plaintiff,

- against -

THE CITY OF NEW YORK and the DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK

                                 Defendants.
------------------------------------------------------------------------ x

**STIPULATION OF SETTLEMENT**

17 Civ. 0030 (GBD)

        **WHEREAS,** plaintiff Leon Miller III commenced this action on behalf of himself and all other employees similarly situated by filing a complaint in the United States District Court in the Southern District of New York ("SDNY") on or about January 4, 2017, alleging that defendants City of New York and the Department of Education of the City of New York (collectively "defendants"), violated the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA") and New York Labor Law ("NYLL") and the supporting New York State Department of Labor Regulations; and

        **WHEREAS,** defendants deny any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** the parties now desire to resolve the claims and issues raised in this litigation by plaintiff, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. Plaintiff hereby dismisses all of his claims in the above-referenced action, with prejudice, and without costs, expenses or fees.

2. The City of New York agrees to pay plaintiff: (1) back pay in the total amount of fifty thousand dollars and no cents ($50,000.00), less all applicable deductions and withholdings and any wage garnishment ("back pay"); and (2) liquidated damages in the total amount of fifty-five thousand dollars and no cents ($55,000.00) ("liquidated damages"). Payment of the back pay shall be made by payroll check payable to plaintiff. Payment of liquidated damages shall be made by check payable to "Leon Miller III" and shall be mailed to Leon Miller III, 2443 3rd Street, Apt. 1, Fort Lee, NJ 07024.

3. The City of New York further agrees to pay thirty-four thousand nine hundred and sixty-five dollars and no cents ($34,965.00) for costs, disbursements and attorney's fees ("attorney's fees"). Payment of attorney's fees shall be made by check, payable to Law Office of Brian L. Greben and shall be mailed to Law Office of Brian L. Greben, 316 Great Neck Road, Great Neck, NY 11021.

4. In consideration for all of the foregoing, including payment of back pay, liquidated damages and attorney's fees, plaintiff agrees to dismissal, with prejudice, all of the claims that were or could have been raised in the above captioned action and to release and discharge the City of New York, New York Department of Education, their successors and assigns, and all present or former officials, employees, representatives or agents of municipal defendants (collectively the "Released Parties") from any and all claims, liabilities or causes of action arising out of the allegations in the Complaint, including all claims arising under the Fair Labor Standards Act and the New York State Labor Law, and any and all common law claims, including claims for attorney's fees, costs and distributions, occurring from the beginning of the

world up through and including the date of plaintiff's execution of a release, whether known or unknown, joint or several, whether or not discoverable, including, without limitation, any and all claims which were or could have been alleged by plaintiff in this action arising out of the events alleged in the complaint herein, including all claims for attorneys' fees, expenses and costs.

5.  Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a general release, an affidavit concerning liens, and a substitute form W-9 completed by plaintiff. Plaintiff's counsel shall also execute and deliver to defendants' attorney a substitute form W-9.

6.  Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules and/or regulations of the United States, the State of New York, the City of New York, or the New York City Department of Education, or any other rules, regulations or bylaws of any department or subdivision of the New York City Department of Education. This Settlement Agreement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except that the stipulation may be used by either party in connection with any subsequent action or proceeding relating to enforcement of this Settlement Agreement.
Nothing contained herein shall be deemed to constitute a policy or practice of defendants.

7.  Nothing contained herein shall be deemed to constitute a policy or practice of defendants.

8.  This Settlement Agreement contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this settlement agreement regarding the subject

matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

9. This Settlement Agreement and any other documents executed by the parties hereto in furtherance of the purposes of this Settlement Agreement and General Release, shall be governed by, interpreted and enforced in accordance with the laws of the State of New York.

Dated:  New York, New York  
        May 29, 2017

Dated:  New York, New York  
        May 30, 2017

Brian L. Greben  
Law Office of Brian L. Greben  
Attorneys for Plaintiff  
316 Great Neck Road  
Great Neck, NY 11021  
Tel: (516) 304-5357

ZACHARY W. CARTER  
Corporation Counsel of the City of New York  
Attorney for Defendants  
100 Church Street, Room 2-104  
New York, New York 10007  
Tel: (212) 356-4015

By: _____  
    Brian L. Greben

By: _____  
    Andrea O'Connor  
    Assistant Corporation Counsel